UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA      05 - 6 49 1M - 01-29

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. P-546997 |
| | : | |
| v. | : | Magistrate Judge Alan Kay |
| | : | |
| ELLEN E. BARFIELD, et al., | : | Trial November 16, 2005 |
| Defendants. | : | |

FILED

NOV 0 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
CERTIFIED BUSINESS RECORDS UNDER F.R.E. 803(6) AND 902(11)

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, hereby serves its notice of intent to introduce certified business records,

under Rules 803(6) and 902(11), of the Federal Rules of Evidence, this notice relating to the

following documents, all of which are records of the National Park Service, and all of which are

attached hereto as Exhibit A:

1.   Public Gathering Permit No. 04-1625, dated September 23, 2005;

2.   Application for a Permit, dated July 20, 2005;

3.   Application for a Permit, dated July 28, 2005; and

4.   A series of e-mail messages dated from September 22 to September 23, 2005.

A Records Custodian at the United States Park Service has completed and submitted a

written declaration a copy of which is also attached hereto as part of Exhibit A.

WHEREFORE, the United States submits its notice of intent to introduce certified

business records under Rules 803(6) and 902(11) of the Federal Rules of Evidence.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

CATHARINE A. HARTZENBUSCH
ASSISTANT UNITED STATES ATTORNEY
Bar No. 450-194
United States Attorney's Office
555 Fourth Street, NW, Room 11-449
Washington, DC 20530
(202) 353-8822
Catharine.Hartzenbusch@usdoj.gov

2